Suzanne L. Martin
Nevada Bar No. 8833
suzanne.martin@ogletree.com
Dana B. Salmonson
Nevada Bar No. 11180
dana.salmonson@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV  89169
Telephone:  702.369.6800
Fax:  702.369.6888

*Attorneys for Defendant Sitel Operating Corporation*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| MARGARET GONZALES,<br><br>Plaintiff,<br><br>vs.<br><br>SITEL OPERATING CORPORATION, a Delaware Corporation,<br><br>Defendant. | Case No.: 2:19-cv-00876-GMN-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO FILE RESPONSE TO PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>(*First Request*) |

Pursuant to Local Rules IA 6-1, IA 6-2, and 7-1, Defendant Sitel Operating Corporation ("Defendant") and Plaintiff Margaret Gonzales ("Plaintiff") hereby request a two-week extension of time, up to and including July 10, 2019, for Defendant to file its response to Plaintiff's First Amended Complaint.  (ECF No. 5.)  The present deadline for Defendant to file its response is June 26, 2019.  This is the parties' first request for an extension of time for Defendant to file its response.  This Stipulation is made in good faith and is not intended for purposes of delay.

Defendant has provided Plaintiff with a copy of Plaintiff's executed Arbitration Agreement and the parties are exploring whether and to what extent they are agreeable to stipulating to arbitrate

this matter. If not, Defendant would like the additional time to prepare a response to the First Amended Complaint and/or file a Motion to Compel Arbitration.

Therefore, the parties respectfully request a two-week extension of time up to and including July 10, 2019 for Defendant to file its response to Plaintiff's First Amended Complaint and/or its Motion to Compel Arbitration. The parties also respectfully request that Plaintiff's Response be extended up to and including July 29, 2019, and Defendant's Reply deadline be extended up to and including August 12, 2019.

DATED this 24th day of June, 2019.

LAW OFFICES OF MICHAEL P. BALABAN

/s/ *Michael P. Balaban*
Michael P. Balaban
Nevada Bar No. 9370
10726 Del Rudini Street
Las Vegas, NV 89141
*Attorneys for Plaintiff*

DATED this 24th day of June, 2019.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

/s/ *Dana B. Salmonson*
Suzanne L. Martin
Nevada Bar No. 8833
Dana B. Salmonson
Nevada Bar No. 11180
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV 89169
*Attorneys for Defendant Sitel Operating Corporation*

**ORDER**

IT IS SO ORDERED.

DATED this __2__ day of July, 2019.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT

2