# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

MARGARET GONZALES,

    Plaintiff(s),

v.

SITEL OPERATING CORPORATION,

    Defendant(s).

Case No.: 2:19-cv-00876-GMN-VCF

**Order**

This case has been assigned to the early neutral evaluation program. Docket No. 2. The Court defers setting an early neutral evaluation at this time given the pending motion to compel arbitration and to stay proceedings. *See* Docket No. 11. In the event that motion is denied, the parties shall file (within 14 days of the issuance of such order) a stipulation to set the early neutral evaluation that includes five dates on which all required participants are available.[1]

IT IS SO ORDERED.

Dated: July 10, 2019

                                                  Nancy J. Koppe
                                                United States Magistrate Judge

---

[1] To the extent both parties wish to proceed with the early neutral evaluation notwithstanding the pending motion to compel arbitration and to stay proceedings, they may file a stipulation so indicating that includes five dates on which all required participants are available.

1